JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| St. Paul Fire and Marine Insurance Company, et al., | Case No. 2:18-cv-06803-AB-JPR |
| Plaintiffs, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Lexington Insurance Company, et al. Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 16, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE